# UNITED STATES DISTRICT COURT

## District of Minnesota

Jorge Isaac Boada Cando

Petitioners,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-260 KMM/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that Petitioner is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Petitioner. If there were terms of supervision governing his previous release, they remain in effect. If Jorge B.C. was moved out of the District, he must be returned to the District as soon as possible for release here in Minnesota.

4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/18/2026

KATE M. FOGARTY, CLERK